**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Cody J. Elliott**, OSB No. 091027
cody.elliott@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

    Attorneys for Defendant
    Oregon State University

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| REGINIA GRIDER, | Case No. 6:20-cv-01176-MC |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF ATTORNEY |
| OREGON STATE UNIVERSITY, | |
| Defendant. | |

**TO:**     **THE CLERK OF COURT**

**AND TO:**     **PLAINTIFF AND HER COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that effective immediately, Jollee Patterson hereby withdraws as attorney of record for Defendant, Oregon State University.  Naomi Levelle

Page 1 -    Notice of Withdrawal of Attorney

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Haslitt and Cody J. Elliott of Miller Nash Graham & Dunn LLP will continue as counsel of record for Defendant, Oregon State University, in this action.

DATED this 19th day of October, 2020.

MILLER NASH GRAHAM & DUNN LLP

s/*Cody J. Elliott*
Naomi Levelle Haslitt, OSB No. 075857
naomi.haslitt@millernash.com
Cody J. Elliott, OSB No. 091027
cody.elliott@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendant
Oregon State University

4812-2044-0271.1

Page 2 -   Notice of Withdrawal of Attorney

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204