ERIOUS JOHNSON, JR. OSB #130574
E-mail: *ejohnson.HJLLC@gmail.com*
HARMON JOHNSON LLC
1415 Commercial St. SE
Salem, OR 97302
Phone: (503) 991-8545
Fax:    (503) 622-8545

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| REGINIA GRIDER, | Civil Case No. 6:20-cv-01176-MC |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |
| OREGON STATE UNIVERSITY, | |
| Defendants | |

    1.    Pursuant to LR 83-11, Erious Johnson, Jr., counsel for Plaintiff, Reginia Grider, seeks leave of court to withdraw as Counsel of Record for Plaintiff.

    2.    On March 9, 2021, Plaintiff terminated my representation of her by email, specifically stating:

Erious,

> *Writing to inform you that I cannot go to court against Oregon state with you as my counsel.* If I recall correctly, the last time I was deposed, I was prepped and my attorney was present. Your lack of accountability for failing to inform me that this deposition was scheduled is also disconcerting. Asking whether I am available does

PAGE 1 – **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**



> not equate to a confirmation that an appointment is scheduled or to me picking the date. It was your responsibility to track that I had not accepted any meeting invites that you might have sent. I close all email with my current contact information, yet you tried to reach me via a number that has not been associated with me since September 2020. I sent you documentation that I was living in a homeless shelter yet you are asking me what's going on. How can you expect me to engage under these circumstances? I am your client.
>
> Regards,
>
> Reginia

3. This matter was joined on October 9, 2020, with the filing of Defendant's Answer to Plaintiff's Amended Complaint.

4. Initial Disclosures pursuant to LR 26-7 have been exchanged.

5. Plaintiff and Defendant have exchanged, and responded, to each other's First Requests for the Production of Documents, Admissions and Answers to Interrogatories.

6. Discovery was to cut-off on April 2, 2021.

7. There has been no deadline extension thus far in this matter.

8. Given the early stage of this litigation and the extensive discovery already had, Plaintiff may be granted an extension to seek and retain substitute counsel without prejudicing her cause of action.

9. Given Plaintiff's termination of my representation and present posture of this litigation, I ask leave of Court to withdraw as Plaintiff's Counsel of Record.

////

////

////

////

PAGE 2 – **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

HJ LLC
HARMON JOHNSON LLC
1415 COMMERCIAL ST. SE
SALEM, OR 97302
EJOHNSON.HJLLC@GMAIL.COM
(503) 991-8545 (PHONE)
(503) 622-8545 (FAX)

10. Plaintiff's current address for Notices is:

    Reginia Grider
    17307 NE Couch Street
    Portland Oregon 97230

DATED this 12th day of March, 2021.          **HARMON JOHNSON LLC**

*[signature]*

Erious Johnson, Jr., OSB #130574
E-mail: *ejohnson.HJLLC@gmail.com*

PAGE 3 – **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

HARMON JOHNSON LLC
1415 COMMERCIAL ST. SE
SALEM, OR 97302
EJOHNSON.HJLLC@GMAIL.COM
(503) 991-8545 (PHONE)
(503) 622-8545 (FAX)

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing document titled **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** on the following named person(s) on the date indicated below by:

| | |
|---|---|
| ☐   mailing with postage prepaid | **X**  Electronic service pursuant to LR 100.13 |
| ☐   hand delivery | ☐   email pursuant to agreement among parties/counsel dated _____, consenting to service via email. |
| ☐   facsimile transmission | ☐   email, for which a confirmation of receipt of the email and the attachment by the following named person(s) has been received by the undersigned via the method of _____. |
| ☐   overnight delivery | ☐   eService via Odyssey File & Serve. |

If by mail or overnight delivery, a true copy of the above referenced document(s) was served upon said person(s) or party(ies), contained in a sealed envelope or package, addressed to said person to said person(s) or party(ies) at their last-known address(es) indicated below.

| | |
|---|---|
| **Naomi Levelle Haslitt**, OSB No. 075857<br>naomi.haslitt@millernash.com<br>**Cody J. Elliott**, OSB No. 091027<br>cody.elliott@millernash.com<br>MILLER NASH GRAHAM & DUNN LLP<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, Oregon  97204<br>Telephone:  503.224.5858<br>Facsimile:  503.224.0155 | **Reginia Grider**<br>Plaintiff<br>rgridermba@hotmail.com<br>17307 NE Couch Street.<br>Portland Oregon 97230 |

DATED:        March 12, 2021

<br>

> **HARMON JOHNSON LLC**
> 
>  *s/ Erious Johnson, Jr.*
> Erious Johnson, Jr., OSB #130574
> E-mail: *ejohnsonHJLLC@gmail.com*

1 – **CERTIFICATE OF SERVICE**

