IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REGINIA GRIDER,

        Plaintiff,

v.

OREGON STATE UNIVERSITY and
MICHAEL J. GREEN,

        Defendants.

Case No. 6:20-cv-1176-MC

JUDGMENT

MCSHANE, Judge:

    Based on the record, this action is DISMISSED for failure to prosecute and failure to comply with Court orders.

IT IS SO ORDERED.

    DATED this 9th day of September, 2021.

        /s/ Michael McShane
        Michael McShane
        United States District Judge

1 –JUDGMENT